People v Benjamin (2026 NY Slip Op 01014)

People v Benjamin

2026 NY Slip Op 01014

Decided on February 24, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: February 24, 2026

Before: Renwick, P.J., Kennedy, Rodriguez, Pitt-Burke, O'Neill Levy, JJ. 

Ind. No. 2350/17, 2561/17|Appeal No. 5925|Case No. 2019-03548|

[*1]The People of the State of New York, Respondent,
vClinton Benjamin, Defendant-Appellant.

The Legal Aid Society, New York (Harold V. Ferguson, Jr. of counsel), for appellant.

Judgment, Supreme Court, New York County (Steven M. Statsinger, J.), rendered April 17, 2019, convicting defendant, upon his plea of guilty, of attempted murder in the second degree under indictment No. 2561/17, and bail jumping in the second degree under indictment No. 2350/17, and sentencing him to an aggregate term of five years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the surcharge and fees imposed at sentencing with respect to indictment No. 2561/17 only, and otherwise affirmed.
Based on our own interest of justice powers, we vacate the surcharge and fees imposed on defendant at sentencing with respect to indictment No. 2561/17 (see People v Chirinos, 190 AD3d 434, 435 [1st Dept 2021]). We note that the People consent to this relief.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: February 24, 2026